## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>Dongshen CHEN,<br><br><br><br>Defendant. | Magistrate Docket No.   **24mj3097**<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br><br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about August 11, 2024, within the Southern District of California, defendant Dongshen CHEN, knowing or in reckless disregard of the fact that certain aliens, namely, Shangli SHANG, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 12, 2024.

HON. BARBARA L. MAJOR
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Dongsheng CHEN

### PROBABLE CAUSE STATEMENT

The complainant states that Shangli SHANG, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 11, 2024, Border Patrol Agent J. Johnson was performing his assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 8:59 AM, Agent Johnson was performing vehicle checks in the primary lane of the Interstate 8 Immigration Checkpoint when a Toyota Sienna approached his position. The Sienna was occupied by a driver, later identified as the defendant Dongsheng CHEN, and material witness, later identified as Shangli SHANG. CHEN presented California driver's licenses (CDL) to Agent Johnson as proof of United States citizenship. Agent Johnson compared the photographs on the licenses to the occupants of the Sienna and determined that the photograph on the license presented for SHANG did not look like her. Agent Johnson referred the Sienna to the secondary inspection area and performed record checks on the information from the CDL's. Record checks showed CHEN is a lawfully admitted permanent resident with previous encounters attempting to smuggled Chinese nationals into the United States using CDL's. The CDL for SHANG showed it belonged to an immigrant admitted for asylum. SHANG was then had her fingerprints and photograph taken for verification and was determined to be illegally present in the United States. At approximately 9:27 AM, Agent Johnson placed CHEN and SHANG under arrest.

The defendant, Dongshen CHEN, was read his Miranda Rights and stated he was willing to answer questions without the presence of an attorney. CHEN stated he was contacted about picking up an undocumented person from China and told to go to the Best Western Hotel in El Centro, California. CHEN stated that he was taking the girl to San Diego, California. CHEN stated that he did not know where he was going and only had contact through the WeChat application. CHEN stated that he would be paid $500 USD for successfully dropping off in San Diego, California.

Material witness, Shangli SHANG, stated she is a Chinese citizen with no immigration documents that would allow her to enter or remain in the United States legally. SHANG stated that she arrived in the United States five years ago as a tourist with the intention to enter illegally. SHANG stated that both her parents are citizens of China.